*March 25, 2002*

## MOTION AND PROCEDURAL RULINGS

01–748.   State ex rel. R.T.G., Inc. v. State.
Franklin App. No. 98AP–1015.
   This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County and has been consolidated with Supreme Court case No. 01–976, *State ex rel. R.T.G., Inc. v. State.* In order to provide for an orderly structure of the oral argument of the consolidated cases,
   IT IS ORDERED by the court, *sua sponte,* that the parties shall follow the structure of argument for a case involving a cross-appeal. Appellants/cross-appellees shall open the argument and both appellants/cross-appellees and appellees/cross-appellants shall have rebuttal time. The parties shall consolidate any argument related to case No. 01–976 within this structure.

*March 27, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

02–138.   State ex rel. Dayton–Walther Corp. v. Indus. Comm.   Franklin App. No. 01AP–179.

## MOTION AND PROCEDURAL RULINGS

01–2072.   State v. Adams.
Trumbull C.P. No. 00CR700. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for extension of time to transmit the record,
   IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to May 24, 2002. No further extensions will be granted.

*March 28, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

02–148.   State ex rel. Devore Roofing & Painting Co. v. Indus. Comm.
Franklin App. No. 01AP–69.

02–318.   State ex rel. The Cincinnati Enquirer v. Joyce.
In Mandamus.